**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| **TURBOCODE LLC,**<br><br>Plaintiff,<br>v.<br><br>**BAICELLS TECHNOLOGIES NORTH AMERICA INC.,**<br><br>Defendant. | C.A. No. 2:26-cv-00910<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

**ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff TurboCode LLC files this Original Complaint for Patent Infringement against Baicells Technologies North America Inc., and would respectfully show the Court as follows:

## I. THE PARTIES

1. Plaintiff TurboCode LLC ("TurboCode" or "Plaintiff") is a Texas limited liability company with its address at 6000 Shepherd Mountain Cove, Suite #1604, Austin, Texas 78730.

2. On information and belief, Defendant Baicells Technologies North America Inc. ("Defendant") is a corporation organized and existing under the laws of Texas with a place of business at 5700 Tennyson Pkwy Ste 300, Plano Texas 75024. Defendant has a registered agent at Registered Agent Solutions, Inc., Corporate Center One, 5301 Southwest Parkway, Suite 400, Austin, Texas 78735.

## II. JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction of such action under 28 U.S.C. §§ 1331 and 1338(a).

4. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction, pursuant to due process and the Texas Long-Arm Statute, due at least to its business in this forum, including at least a portion of the infringements alleged herein at 5700 Tennyson Pkwy Ste 300, Plano Texas 75024. Further, Defendant is a Texas corporation.

5. Without limitation, on information and belief, within this State, Defendant used the patented claimed invention thereby committing acts of patent infringement alleged herein. In addition, on information and belief, Defendant derived revenues from its infringing acts that occurred within Texas and this District. Further, on information and belief, Defendant is subject to the Court's general jurisdiction, including from regularly doing or soliciting business, engaging in other persistent courses of conduct, and deriving substantial revenue from goods and services provided to persons or entities in Texas and this District. Further, on information and belief, Defendant is subject to the Court's personal jurisdiction at least due to its sale of products and/or services within Texas and this District. Defendant committed such purposeful acts and/or transactions in Texas and this District such that it reasonably should know and expect that it could be haled into this Court as a consequence of such activity.

6. Venue is proper in this district under 28 U.S.C. § 1400(b). On information and belief, from and within this District Defendant has committed at least a portion of the infringements at issue in this case at 5700 Tennyson Pkwy, Ste 300, Plano Texas 75024. Further Defendant is organized and existing under the laws of Texas.

7. For these reasons, personal jurisdiction exists and venue is proper in this Court under 28 U.S.C. § 1400(b).

## III. COUNT I
## (PATENT INFRINGEMENT OF UNITED STATES PATENT NO. 6,813,742)

8. Plaintiff incorporates the above paragraphs herein by reference.

9. On November 2, 2004, the USPTO duly and legally issued U.S. Patent No. 6,813,742 ("the '742 Patent" or "Patent-in-Suit"), entitled "High Speed Turbo Codes Decoder for 3G Using Pipelined SISO Log-Map Decoders Architecture." The '742 patent was the subject of a reexamination request filed on July 13, 2006. An *Ex Parte* Reexamination Certificate was issued for the '742 patent on February 10, 2009. A true and correct copy of the '742 Patent with its *Ex Parte* Reexamination Certificate is attached hereto as Exhibit A. The '742 Patent expired on December 15, 2021. Plaintiff seeks damages only for legally recoverable infringing acts occurring before expiration of the '742 Patent.

10. TurboCode is the assignee of all right, title, and interest in the '742 patent, including all rights to enforce and prosecute actions for infringement and to collect damages for all relevant times against infringers of the '742 Patent. Accordingly, TurboCode possesses the exclusive right and standing to prosecute the present action for infringement of the '742 Patent by Defendant.

11. This case generally relates to decoder architectures and processes for receiving and decoding data in communications devices.

12. **Direct Infringement.** Upon information and belief, Defendant directly infringed claim 6 of the '742 Patent in Texas, and elsewhere in the United States, by using and/or testing the Accused Instrumentalities in the United States in a manner that performed each step of the claimed method of iteratively decoding a plurality of sequences of received baseband signals. Specific examples or products, referred to as Accused Instrumentalities, include, but are not limited to, Atom ID06B, Atom OD06H, Atom OD06L, Atom OD15G, Atom OD06-LX, and the Atom OD15G 2.6 GHz ("Accused Instrumentalities"). The cited product materials indicate that the identified products support relevant 4G/LTE functionality and contain baseband processing functionality. Plaintiff also accuses Defendant's products that use the same or materially

equivalent accused LTE turbo-decoder implementation. On information and belief, Defendant's LTE-based solutions, including small cells, macro cells, and eNodeBs for private and public cellular networks, performed iterative LTE turbo decoding when used or tested in the United States.

13. Claim 6 of the '742 Patent *Ex Parte* Reexamination Certificate states:

> A method of iteratively decoding a plurality of sequences of received baseband signals, the method comprising:
>
> providing an input buffer comprising at least three shift registers, for receiving an input signal and generating first, second, and third shifted input signals;
>
> providing first and second soft decision decoders serially coupled in a circular circuit, wherein each decoder processes soft decision from the preceding decoder output data, and wherein the first decoder further receives the first and second shifted input signals from the input buffer and the second decoder further receives the third shifted input signal from the input buffer;
>
> providing at least one memory module coupled to an output of each of the first and second soft decision decoders, wherein the output of the memory module associated with the second soft decision decoder is fed back as an input of the first soft decision decoder;
>
> processing systematic information data and extrinsic information data using the maximum a posteriori (AP) probability algorithm, and/or logarithm approximation algorithm;
>
> generating soft decision based on the maximum a posteriori (MAP) probability algorithm, and/or logarithm approximation algorithm;
>
> weighing and storing soft decision information into the corresponding memory module;
>
> performing, for a predetermined number of times, iterative decoding from the first to the last of multiple decoders, wherein an output from the last soft decision decoder is fed back as an input to the first soft decision decoder, then from the first to the second decoders, and propagate to the last decoder in a circular circuit.

14. On information and belief, when used or tested in LTE operation, the Accused Instrumentalities performed a method of iteratively decoding a plurality of sequences of received

baseband signals, as supported by the cited Defendant's product materials, 3GPP standards, and technical literature:

## ATOM ID04 (EG2030C-M11) or ID06 CPE (EG2013B-M11)

**Specifications**

| Item | ATOM ID04/ID06 CPE |
|---|---|
| LTE Mode | TDD |
| Frequency Bands | 40/41/42/43/48 |
| Channel Bandwidth | 5/10/15/20 MHz |
| MAX Output Power | 23 ±2dBm |
| MIMO | 2x2 |
| Peak Rate | 802.11b: 11 Mbps / 802.11g: 54 Mbps / 802.11n: 300 Mbps |
| User Capacity | 32 |
| Antenna | Internal Omni, 1T2R |
| Synchronization | |
| Dimensions | 7.6 x 6.6 x 2.9 inches 193 x 168 x 74 millimeters |
| Weight | 14 oz / 400 g |
| Backhaul | |

(*E.g.*, https://baicells.zendesk.com/hc/en-us/articles/5050098280084-ATOM-ID04-EG2030C-M11-or-ID06-CPE-EG2013B-M11).

## ATOM OD CAT6 HIGH GAIN CPE (EG7010A-M11)

**Specifications**

| | |
|---|---|
| Item | ATOM OD CAT6 HIGH GAIN CPE |
| LTE Mode | TDD |
| Channel Bandwidth | 5/10/15/20 MHz |
| MAX Output Power | 23 ± 2dBm / TX Ant |
| Frequency Bands | 40/41/42/43/48 and customized |
| Peak Rate | DL 220 Mbps, UL 15 Mbps (2:7) |
| Antenna Type | Internal directional, 2T4R (uplink enhanced) |
| Network Mode | NAT, Bridge, Router, Tunnel |
| SIM | PIN management, SIM lock |
| Network Mgmt | TR069, TR104, SNMP |
| Dimensions (HxWxD) | 9.8 x 9.8 x 3.2 inches / 248 x 248 x 80 millimeters |
| Weight | 4 lbs / 1800 g |

(*E.g.*, https://baicells.zendesk.com/hc/en-us/articles/5049748509588-ATOM-OD-CAT6-HIGH-GAIN-CPE-EG7010A-M11).

# ATOM OD CAT6 LOW GAIN CPE (EG7010C-M11)

### Specifications

| | |
|---|---|
| Item | ATOM OD CAT6 LOW GAIN CPE |
| LTE Mode | TDD |
| Channel Bandwidth | 5/10/15/20 MHz |
| MAX Output Power | 23 dBm (±2) / TX antenna |
| Frequency Bands | 42/43/48 and customized |
| Peak Rate | DL: 220 Mbps, UL: 15 Mbps (2:7) |
| Antenna Type | Internal directional, 2T4R (uplink enhanced) |
| Network Mode | NAT, Bridge, Router, Tunnel |
| SIM | PIN management, SIM lock |
| Network Mgmt | TR069, SNMP |
| Dimensions (HxWxD) | 9.5 x 6 x 2 inches / 241 x 154 x 50 millimeters |
| Weight | 2 lbs / 900 g |

(*E.g.*, https://baicells.zendesk.com/hc/en-us/articles/5049840452116-ATOM-OD-CAT6-LOW-GAIN-CPE-EG7010C-M11).

# ATOM OD CAT15 CPE (EG8015G-M11)

### Specifications

| | |
|---|---|
| Item | ATOM OD CAT15 CPE |
| LTE Mode | TDD |
| Channel Bandwidth | 5/10/15/20 MHz |
| MAX Output Power | 23 ± 2 dBm |
| Frequency Bands | M11: 42/43/48 \|\| M19: 38/40/41 |
| Peak Rate | DL 580 Mbps, UL 30 Mbps (2:7) |
| Antenna Type | Internal directional, 4x4 MIMO |
| Network Mode | NAT or Bridge |
| SIM | PIN management, SIM lock |
| Network Mgmt | TR069, SNMP* |
| Dimensions (HxWxD) | 14.8 x 14.8 x 2.8 inches \|\| 375 x 375 x 70 millimeters |
| Weight | 4.4 lbs / 2000 g |

(*E.g.*, https://baicells.zendesk.com/hc/en-us/articles/5049617078932-ATOM-OD-CAT15-CPE-EG8015G-M11).

# ATOM OD CAT6-LX CPE (EG8013L-M11)

**Description**

The Baicells Atom OD06-LX Outdoor Customer Premise Equipment (CPE) provides superior performance and excellent routing capabilities, which will bring broadband data and voice services to end-users.

Wireless and wired devices, including mobile phones, laptops, tablets, and other smart devices, can access the CPE simultaneously.

This product comes with a standard product warranty; an extended warranty is available.

FEATURES

Note: Features may vary based on model or region.

Supports LTE TDD Bands 42/43/48 – Customization can be requested; contact sales_na@baicells.com

Complies with 3GPP Release 10 Cat6/7 standards

1000 Mbps Ethernet interface

Built-in bipolar directional LTE antenna

GUI-based local and remote Web management

TR-069 network management protocol support

Cell lock, SIM lock, and pin lock

User-friendly LED status indicators

Pole or wall mounted

Wi-Fi assisted alignment

(*E.g.*, https://baicells.zendesk.com/hc/en-us/articles/5049398954004-ATOM-OD-CAT6-LX-CPE-EG8013L-M11).

# ATOM OD CAT15 CPE (EG8015G-M11)

### Specifications

| | |
|---|---|
| Item | ATOM OD CAT15 CPE |
| LTE Mode | TDD |
| Channel Bandwidth | 5/10/15/20 MHz |
| MAX Output Power | 23 ± 2 dBm |
| Frequency Bands | M11: 42/43/48 \|\| M19: 38/40/41 |
| Peak Rate | DL 580 Mbps, UL 30 Mbps (2:7) |
| Antenna Type | Internal directional, 4x4 MIMO |
| Network Mode | NAT or Bridge |
| SIM | PIN management, SIM lock |
| Network Mgmt | TR069, SNMP* |
| Dimensions (HxWxD) | 14.8 x 14.8 x 2.8 inches \|\| 375 x 375 x 70 millimeters |
| Weight | 4.4 lbs / 2000 g |

(*E.g.*, https://baicells.zendesk.com/hc/en-us/articles/5049617078932-ATOM-OD-CAT15-CPE-EG8015G-M11).




(*E.g.*, https://www.3gpp.org/ftp/Specs/archive/36_series/36.302/36302-800.zip).

### 5.1.3 Channel coding

The bit sequence input for a given code block to channel coding is denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $K$ is the number of bits to encode. After encoding the bits are denoted by $d_0^{(i)}, d_1^{(i)}, d_2^{(i)}, d_3^{(i)}, ..., d_{D-1}^{(i)}$, where $D$ is the number of encoded bits per output stream and $i$ indexes the encoder output stream. The relation between $c_k$ and $d_k^{(i)}$ and between $K$ and $D$ is dependent on the channel coding scheme.

The following channel coding schemes can be applied to TrCHs:

- tail biting convolutional coding;
- turbo coding.

Usage of coding scheme and coding rate for the different types of TrCH is shown in table 5.1.3-1. Usage of coding scheme and coding rate for the different control information types is shown in table 5.1.3-2.

The values of $D$ in connection with each coding scheme:

- tail biting convolutional coding with rate 1/3: $D = K$;
- turbo coding with rate 1/3: $D = K + 4$.

The range for the output stream index $i$ is 0, 1 and 2 for both coding schemes.

**Table 5.1.3-1: Usage of channel coding scheme and coding rate for TrCHs.**

| TrCH | Coding scheme | Coding rate |
|---|---|---|
| UL-SCH | Turbo coding | 1/3 |
| DL-SCH | | |
| PCH | | |
| MCH | | |
| BCH | Tail biting convolutional coding | 1/3 |

(*E.g.*, https://www.3gpp.org/ftp/Specs/archive/36_series/36.302/36302-800.zip).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).




(*E.g.*, https://www.slideshare.net/slideshow/lte-air-interface-71056106/71056106).

**Iterative Decoding:**

Turbo decoding loops through multiple iterations, refining the decision with each pass.

**Use of Soft Information (LLR - Log-Likelihood Ratios):**

Turbo decoders use probabilistic inputs (not hard 0/1 decisions), improving accuracy in error correction.

**Random Interleaving:**

Data bits are randomly shuffled before encoding, which spreads burst errors across time, making them easier to correct during decoding.

(*E.g.*, https://www.techedgewireless.com/post/turbo-code).

ABSTRACT | This tutorial paper gives an overview of the implementation aspects related to turbo decoders, where the term turbo generally refers to iterative decoders intended for parallel concatenated convolutional codes as well as for serial concatenated convolutional codes. We start by considering the general structure of iterative decoders and the main features of the soft-input soft-output algorithm that forms the heart of iterative decoders. Then, we show that very efficient parallel architectures are available for all types of turbo decoders allowing high-speed implementations. Other implementation aspects like quantization issues and stopping rules used in conjunction with buffering for increasing throughput are considered. Finally, we perform an evaluation of the complexities of the turbo decoders as a function of the main parameters of the code.




(*E.g.*, https://www.researchgate.net/publication/2998278_Iterative_Decoding_of_Concatenated_Convolutional_Codes_Implementation_Issues/link/00b7d52fb6e7eca5f2000000/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24iLCJwcmV2aW91c1BhZ2UiOiJfZGlyZWN0In19).

15. The Accused Instrumentalities provided or performed a method of iteratively decoding a plurality of sequences of received baseband signals in accordance with the 4G/LTE standards disclosed in the 3GPP Standard Specifications.

## 5 Channel coding, multiplexing and interleaving

Data and control streams from/to MAC layer are encoded /decoded to offer transport and control services over the radio transmission link. Channel coding scheme is a combination of error detection, error correcting, rate matching, interleaving and transport channel or control information mapping onto/splitting from physical channels.

### 5.1.3 Channel coding

The bit sequence input for a given code block to channel coding is denoted by $c_0, c_1, c_2, c_3, ..., c_{K-1}$, where $K$ is the number of bits to encode. After encoding the bits are denoted by $d_0^{(i)}, d_1^{(i)}, d_2^{(i)}, d_3^{(i)}, ..., d_{D-1}^{(i)}$, where $D$ is the number of encoded bits per output stream and $i$ indexes the encoder output stream. The relation between $c_k$ and $d_k^{(i)}$ and between $K$ and $D$ is dependent on the channel coding scheme.

The following channel coding schemes can be applied to TrCHs:

- tail biting convolutional coding;
- turbo coding.

Usage of coding scheme and coding rate for the different types of TrCH is shown in table 5.1.3-1. Usage of coding scheme and coding rate for the different control information types is shown in table 5.1.3-2.

Usage of coding scheme and coding rate for the different types of TrCH is shown in table 5.1.3-1. Usage of coding scheme and coding rate for the different control information types is shown in table 5.1.3-2.

The values of $D$ in connection with each coding scheme:

- tail biting convolutional coding with rate 1/3: $D = K$;
- turbo coding with rate 1/3: $D = K + 4$.

The range for the output stream index $i$ is 0, 1 and 2 for both coding schemes.

**Table 5.1.3-1: Usage of channel coding scheme and coding rate for TrCHs**

| TrCH | Coding scheme | Coding rate |
|---|---|---|
| UL-SCH | Turbo coding | 1/3 |
| DL-SCH | | |
| PCH | | |
| MCH | | |
| SL-SCH | | |
| SL-DCH | | |
| BCH | Tail biting convolutional coding | 1/3 |
| SL-BCH | | |

(*See* 3GPP TS 136 212 V17.1.0 (Page:10, Section 5).

### 5.1.3.2 Turbo coding

#### 5.1.3.2.1 Turbo encoder

The scheme of turbo encoder is a Parallel Concatenated Convolutional Code (PCCC) with two 8-state constituent encoders and one turbo code internal interleaver. The coding rate of turbo encoder is 1/3. The structure of turbo encoder is illustrated in figure 5.1.3-2.

The transfer function of the 8-state constituent code for the PCCC is:

$$G(D) = \left[1, \frac{g_1(D)}{g_0(D)}\right],$$

where

$$g_0(D) = 1 + D^2 + D^3,$$

#### 5.1.3.2.3 Turbo code internal interleaver

The bits input to the turbo code internal interleaver are denoted by $c_0, c_1, \ldots, c_{K-1}$, where $K$ is the number of input bits. The bits output from the turbo code internal interleaver are denoted by $c'_0, c'_1, \ldots, c'_{K-1}$.

The relationship between the input and output bits is as follows:

$$c'_i = c_{\Pi(i)},\ i=0, 1\ldots, (K-1)$$

where the relationship between the output index $i$ and the input index $\Pi(i)$ satisfies the following quadratic form:

$$\Pi(i) = \left(f_1 \cdot i + f_2 \cdot i^2\right) \bmod K$$

The parameters $f_1$ and $f_2$ depend on the block size $K$ and are summarized in Table 5.1.3-3.

(*See* 3GPP TS 136 212 V17.1.0 (Page:10, Section 5).

16. Based on information and belief, each of The Accused Instrumentalities provided (*e.g.*, via an input buffer) input to the constituent decoders of the turbo decoder. The input buffer comprises at least three shift registers. The input buffer receives an input signal, and first, second, and third shifted input signals are generated for input to a turbo decoder. The generated first, second, and third shifted input signals, shown as "soft data," "soft parity 1, ptail 1," and "soft parity 2, ptail 2," are input into the 1st constituent decoder and 2nd constituent decoder as shown below.




Fig. 5. The adaptive sub-block parallel (ASP) decoding scheme with $N$ SISO decoders. The ASP scheme adjusts the decoding scheme according to the input block length $K$ and the maximum block length defined by LTE $K_{max}$.

(*See also Cheng et. al. "A 0.077 to 0.168* nj/bit/iteration SCALABLE 3GPP LTE TURBO DECODER WITH AN ADAPTIVE SUB-BLOCK PARALLEL SCHEME AND AN EMBEDDED DVFS ENGINE,).




Fig. 3. The system architecture.

(*E.g.*, https://dspace.mit.edu/bitstream/handle/1721.1/72198/Chandrakasan-a%200.077%20to%200.168.pdf?sequence=1&isAllowed=y).

**LTE;**
**Evolved Universal Terrestrial Radio Access (E-UTRA);**
**Multiplexing and channel coding**
**(3GPP TS 36.212 version 11.1.0 Release 11)**

### 5.1.3 Channel coding

The following channel coding schemes can be applied to TrCHs:

- tail biting convolutional coding;
- turbo coding.

Usage of coding scheme and coding rate for the different types of TrCH is shown in table 5.1.3-1. Usage of coding scheme and coding rate for the different control information types is shown in table 5.1.3-2.

The values of $D$ in connection with each coding scheme:

- tail biting convolutional coding with rate 1/3: $D = K$;
- turbo coding with rate 1/3: $D = K + 4$.

The range for the output stream index $i$ is 0, 1 and 2 for both coding schemes.

**Table 5.1.3-1: Usage of channel coding scheme and coding rate for TrCHs.**

| TrCH | Coding scheme | Coding rate |
|---|---|---|
| UL-SCH | Turbo coding | 1/3 |
| DL-SCH | | |
| PCH | | |
| MCH | | |
| BCH | Tail biting convolutional coding | 1/3 |

(*E.g.*, https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/11.00.00_60/ts_136212v110000p.pdf).

The initial value of the shift register of the encoder shall be set to the values corresponding to the last 6 information bits in the input stream so that the initial and final states of the shift register are the same. Therefore, denoting the shift register of the encoder by $s_0, s_1, s_2, \ldots, s_5$, then the initial value of the shift register shall be set to

$$s_i = c_{(K-1-i)}$$




**Figure 5.1.3-1: Rate 1/3 tail biting convolutional encoder.**

The encoder output streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$ correspond to the first, second and third parity streams, respectively as shown in Figure 5.1.3-1.

(*E.g.*, https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/11.00.00_60/ts_136212v110000p.pdf).

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in section 5.1.4.1.2.

(*E.g.*, https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/11.00.00_60/ts_136212v110000p.pdf).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).

## 5.1.4 Rate matching

### 5.1.4.1 Rate matching for turbo coded transport channels

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in subclause 5.1.4.1.2.




**Figure 5.1.4-1. Rate matching for turbo coded transport channels**

### 5.1.3.2.2 Trellis termination for turbo encoder

Trellis termination is performed by taking the tail bits from the shift register feedback after all information bits are encoded. Tail bits are padded after the encoding of information bits.

(*E.g.*, *See 3GPP TS 36.212 V.11*).

17. The Accused Instrumentalities provided first and second soft decision decoders serially coupled in a circular circuit, wherein each decoder processes soft decision from the preceding decoder output data, and wherein the first decoder further receives the first and second shifted input signals from the input buffer and the second decoder further receives the third shifted input signal from the input buffer.




(*E.g.*, https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/08.08.00_60/ts_136212v080800p.pdf).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$ , $d_k^{(1)}$ and $d_k^{(2)}$ , followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in section 5.1.4.1.2.




**Figure 5.1.4-1. Rate matching for turbo coded transport channels**

(*E.g., 3GPP TS 36.212 V.11*).




Fig. 3. The system architecture.

(*E.g.*, https://dspace.mit.edu/bitstream/handle/1721.1/72198/Chandrakasan-a%200.077%20to%200.168.pdf?sequence=1&isAllowed=y).




Figure 4: Block diagram of three stages micro pipeline Turbo Decoder

(*E.g.*, https://journals.iium.edu.my/upcoming/iiumej/2272-C.pdf).




(*E.g.*, https://www.southampton.ac.uk/~sqc/ELEC6214/AWCNS-L16.pdf).




Fig. 1. Left: Parallel-concatenated turbo-encoder. Right: Simplified block-diagram of a turbo-decoder.

(*E.g.*, https://www.csl.cornell.edu/~studer/papers/11JSSC-turbo.pdf).




(*E.g.*, https://ijettjournal.org/assets/volume-8/number-2/IJETT-V8P214.pdf).




(*E.g.*, https://pmc.ncbi.nlm.nih.gov/articles/PMC7515343/).

18. The Accused Instrumentalities included at least one memory module (e.g., interleaver" to the right of the "1st constituent decoder" and "deinterleaver" in the figure below), that is electrically coupled to an output of a corresponding soft decision decoder (e.g., "1st constituent decoder" and "2nd constituent decoder")), wherein the output of the memory module associated with the second soft decision decoder ("deinterleaver") is fed back as an input of the first soft decision decoder, as shown below. Additionally, or alternatively, as explained above, commercial LTE turbo-decoder implementations are iterative, and the cited technical materials illustrate architectures consistent with the functionality alleged below. The figure below illustrates output of the memory module associated with a last soft decision decoder fed back as an input to the first soft decision decoder via interleaving and/or de-interleaving (e.g., the a posteriori output of SISO 2 is de-interleaved with the associated memory module and fed back as a priori input of SISO 1).




Fig. 3. (a) Parallel turbo decoding architecture with $P$ SISO decoders and $M$ extrinsic memory modules; (b) A 2-way memory conflict happens when SISO decoder 1 and SISO decoder $P$ access (read from or write to) memory 2 at the same time.

(*E.g.*, https://www.researchgate.net/profile/Guohui-Wang-7/publication/268241289_HSPALTE-A_turbo_decoder_on_GPU_and_multicore_CPU/links/54699f970cf2f5eb1804f4cc/HSPA-LTE-A-turbo-decoder-on-GPU-and-multicore-CPU.pdf?origin=publication_detail&_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb25Eb3dubG9hZCIsInByZXZpb3VzUGFnZSI6InB1YmxpY2F0aW9uIn19&__cf_chl_tk=a1fu_N7Ah_qR_aEqOs9I2ojmblGdChGMcld3iTqSdY8-1753258210-1.0.1.1-Fb0uO.eMcO5me6tXUHcRXc3hBN6QfLcNvhAw1U.qlZ0).

# LTE turbo decoder design

**Abstract:** This paper presents a turbo decoder supporting all 188 block sizes in 3GPP long term evolution (LTE) standard which can be employed in the LTE micro-eNodB system. The design allows 1, 2, 4, 8 or 16 soft-in/soft-out (SISO) decoders to concurrently process each block size, and the number of iterations can be adjusted. This article proposes an improved SISO algorithm and interleaving design, calculated forward state matrix and backward state matrix alternately, and the branch transition probability can be used in the Turbo decode process directly just after one clock delay. The structure enables a decoder processing radix-2 algorithm with high speed, instead of radix-4 as the conventional decoder. Moreover, the paper details an interleaver/de-interleaver, which is combined by two operational steps. One is column address mapping and the other is intra-row permutation. Decoder realizes interleaving by loading data from memories whose address is generated by column mapping and then lets data passing through inter-row permutation. For de-interleaving, the system can adopt reverse operation.

(*E.g.*, https://www.jos.ac.cn/article/doi/10.1088/1674-4926/36/7/075003).

power efficient turbo decoder for 4G LTE standards




**Figure 3:** Turbo Decoder [1]

Contention free memory interleaver/deinterleaver is proposed to avoid the memory related issue when number of iteration and bits/frame are increased.

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation_of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24ifX0).




(*E.g.*, *See also* Mansour et al., "VLSI Architectures for SISO-APP Decoders," IEEE Transactions On Very Large Scale Integration ("VLSI") Systems, Vol. 11, No. 4 (Aug. 2003)).




Fig. 3. The system architecture.

(*E.g.*, https://dspace.mit.edu/bitstream/handle/1721.1/72198/Chandrakasan-a%200.077%20to%200.168.pdf?sequence=1&isAllowed=y).




(*E.g.*, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7515343/).

19. The Accused Instrumentalities processed systematic information data and extrinsic information data using the maximum a posteriori (MAP) probability algorithm, and/or logarithm approximation algorithm. For example, the Accused Instrumentalities used at least the BCJR algorithm for turbo decoding in accordance with the figure below. Additionally or alternatively, as explained below, commercial LTE turbo-decoder implementations are iterative, and the cited technical materials illustrate architectures consistent with the functionality alleged below. The figure below illustrates that each decoder processes systematic information data and extrinsic information data—system information $\lambda_c(u_k)$, parity information $\lambda_c(p_k)$, a priori information $\lambda_a(u_k)$ and external information $\lambda_e(u_k)$.

power efficient turbo decoder for 4G LTE standards




**Figure 3:** Turbo Decoder [1]

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation_of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24ifX0).




∏ interleaver

$\Pi^{-1}$ De-interleaver

Figure 2. Iterative decoding procedure with two SISO decoders.

(*E.g.*, https://asat.journals.ekb.eg/article_23916_079490f99aa2f643b5b1ba3b22231cbf.pdf).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, [S P1 P2]. In this vector, S is the systematic bit, and P1 and P2 are the parity bits from the two encoders.

The decoder block uses the BCJR algorithm to find the likelihood ratio of a particular bit [2].

$$L(u_k) \triangleq \log\left(\frac{P(u_k=+1\mid y)}{P(u_k=+1\mid y)}\right) = \log\left(\frac{\sum_{s^+} p(s_{k-1}=s', s_k=s, y)/p(y)}{\sum_{s^-} p(s_{k-1}=s', s_k=s, y)/p(y)}\right)$$

The probabilities can also be represented in terms of current and future states:

$$p(s', s, y) = \alpha_{k-1}(s') \cdot \gamma_k(s', s) \cdot \beta_k(s)$$
$$\alpha_{k-1}(s') = P(s', y_{<k})$$
$$\gamma_k(s', s) = P(y_k, s \mid s')$$
$$\beta_k(s) = P(y_{<k} \mid s)$$

The α probability represents the previous state, β represents the current state probability, and γ represents the next state. The algorithm calculates γ from the input values. The α and β probabilities are calculated using forward and backward recursion over the possible states of the trellis, and also depend on γ. All calculations are done in the log domain.

$$\alpha_k = \alpha_{k-1}(s') \cdot \gamma_k(s', s)$$
$$\beta_{k-1}(s') = \beta_k(s) \cdot \gamma_k(s', s)$$

The initial conditions for α and β are:

$$\alpha_0(s) = \begin{cases} 1, s=0 \\ 0, s\neq 0 \end{cases}$$
$$\beta_0(s) = \begin{cases} 1, s=0 \\ 0, s\neq 0 \end{cases}$$

(*E.g.*, https://ww2.mathworks.cn/help/wireless-hdl/ref/lteturbodecoder.html).




(*E.g.*, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7515343/).

20. The Accused Instrumentalities generated soft decision based on the maximum a posteriori (MAP) probability algorithm and/or logarithm approximation algorithm. For example, the Accused Instrumentalities use at least the BCJR algorithm for decoding in accordance with the figure below.

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, `[S P1 P2]`. In this vector, `S` is the systematic bit, and `P1` and `P2` are the parity bits from the two encoders.

Although the diagram shows two decoders and three interleavers, the block actually implements the algorithm using only one decoder and one interleaver. The decoder performs one half-iteration and interleaves the results. Then the output is routed back to the input for the next half-iteration. The interleaver computes the interleave indexes from the block size. For details of the interleaver implementation, see LTE Turbo Encoder.

The odd half-iterations compute the likelihood ratio from uninterleaved bits (P1, S, and deinterleaved results of P2 decoding). The even half-iterations compute the likelihood ratio from the interleaved bits (P2 and interleaved results of P1 and S decoding).

The decoder block uses the BCJR algorithm to find the likelihood ratio of a particular bit [2].

$$L(u_k) \triangleq \log\left(\frac{P(u_k = +1 \mid y)}{P(u_k = +1 \mid y)}\right)$$
$$= \log\left(\frac{\sum_{s^+} p(s_{k-1} = s', s_k = s, y)/p(y)}{\sum_{s^-} p(s_{k-1} = s', s_k = s, y)/p(y)}\right)$$

The probabilities can also be represented in terms of current and future states:

$$p(s', s, y) = \alpha_{k-1}(s') \cdot \gamma_k(s', s) \cdot \beta_k(s)$$
$$\alpha_{k-1}(s') = P(s', y_{<k})$$
$$\gamma_k(s', s) = P(y_k, s \mid s')$$
$$\beta_k(s) = P(y_{<k} \mid s)$$

The α probability represents the previous state, β represents the current state probability, and γ represents the next state. The algorithm calculates γ from the input values. The α and β probabilities are calculated using forward and backward recursion over the possible states of the trellis, and also depend on γ. All calculations are done in the `log` domain.

$$\alpha_k = \alpha_{k-1}(s') \cdot \gamma_k(s', s)$$
$$\beta_{k-1}(s') = \beta_k(s) \cdot \gamma_k(s', s)$$

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).

The decoding problem can now be defined as follows: given a noisy version of $\underline{c}$ denoted by $\underline{y} \triangleq (\underline{y}_1, \cdots, \underline{y}_k, \cdots, \underline{y}_L)$, find the data sequence $\underline{u}$. There are two probabilistic solutions to this decoding problem. Maximum likelihood (ML) decoding determines the most likely connected path $\hat{\underline{s}}$ through the trellis that maximizes the probability $P(\underline{y}|\hat{\underline{s}})$. From $\hat{\underline{s}}$, the most likely data sequence $\hat{\underline{u}}$ is easily determined using (1). On the other hand, MAP decoding, which we consider here, determines $\underline{u}$ by estimating each of the symbols $\underline{u}_k$ independently using the observations $\underline{y}$. The $k$th estimated symbol $\hat{\underline{u}}_k$ is the one that maximizes the posterior probability $P(\underline{u}_k|\underline{y})$, and hence the name symbol-by-symbol MAP. The SISO-APP algorithm, a generalized version of the BCJR-APP algorithm [6], is a probabilistic algorithm that solves the MAP decoding problem.

(*E.g.*, http://shanbhag.ece.illinois.edu/publications/mansr-tvlsi-2003-2.pdf).

21. The Accused Instrumentalities weighed and stored soft decision information into the corresponding memory module (e.g., "interleaver" or "deinterleaver") as shown in the figure below. Additionally, or alternatively, as explained below, commercial LTE turbo-decoder implementations are iterative, and the cited technical materials illustrate architectures consistent with the functionality alleged below. The figure below illustrates that soft decision information is stored in the corresponding memory module (e.g., the a posteriori output of SISO 1 is stored in the

associated interleaver memory module Π, while the a posteriori output of SISO 2 is stored in the associated de-interleaver memory module $\Pi^{-1}$).

### 5.1.4 Rate matching

#### 5.1.4.1 Rate matching for turbo coded transport channels

The rate matching for turbo coded transport channels is defined per coded block and consists of interleaving the three information bit streams $d_k^{(0)}$, $d_k^{(1)}$ and $d_k^{(2)}$, followed by the collection of bits and the generation of a circular buffer as depicted in Figure 5.1.4-1. The output bits for each code block are transmitted as described in clause 5.1.4.1.2.

(*E.g.*, https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/08.08.00_60/ts_136212v080800p.pdf).




**Figure 5.1.4-1. Rate matching for turbo coded transport channels**

The bit stream $d_k^{(0)}$ is interleaved according to the sub-block interleaver defined in clause 5.1.4.1.1 with an output sequence defined as $v_0^{(0)}, v_1^{(0)}, v_2^{(0)}, \ldots, v_{K_\Pi - 1}^{(0)}$ and where $K_\Pi$ is defined in clause 5.1.4.1.1.

The bit stream $d_k^{(1)}$ is interleaved according to the sub-block interleaver defined in clause 5.1.4.1.1 with an output sequence defined as $v_0^{(1)}, v_1^{(1)}, v_2^{(1)}, \ldots, v_{K_\Pi - 1}^{(1)}$.

The bit stream $d_k^{(2)}$ is interleaved according to the sub-block interleaver defined in clause 5.1.4.1.1 with an output sequence defined as $v_0^{(2)}, v_1^{(2)}, v_2^{(2)}, \ldots, v_{K_\Pi - 1}^{(2)}$.

The sequence of bits $e_k$ for transmission is generated according to clause 5.1.4.1.2.

### 5.1.4.1.2 Bit collection, selection and transmission

The circular buffer of length $K_w = 3K_\Pi$ for the $r$-th coded block is generated as follows:

$$w_k = v_k^{(0)} \text{ for } k = 0,\ldots, K_\Pi - 1$$

$$w_{K_\Pi + 2k} = v_k^{(1)} \quad \text{for } k = 0,\ldots, K_\Pi - 1$$

$$w_{K_\Pi + 2k+1} = v_k^{(2)} \quad \text{for } k = 0,\ldots, K_\Pi - 1$$

Denote the soft buffer size for the transport block by $N_{IR}$ bits and the soft buffer size for the $r$-th code block by $N_{cb}$ bits. The size $N_{cb}$ is obtained as follows, where $C$ is the number of code blocks computed in clause 5.1.2:

- $N_{cb} = \min\left(\left\lfloor \frac{N_{IR}}{C} \right\rfloor, K_w\right)$ for DL-SCH and PCH transport channels
- $N_{cb} = K_w$ for UL-SCH, MCH, SL-SCH and SL-DCH transport channels

(*E.g.*, https://www.etsi.org/deliver/etsi_ts/136200_136299/136212/08.08.00_60/ts_136212v080800p.pdf).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, `[S P1 P2]`. In this vector, `S` is the systematic bit, and `P1` and `P2` are the parity bits from the two encoders.

This block uses a streaming sample interface with a bus for related control signals. This interface enables the block to operate independently of frame size, and to connect easily with other Wireless HDL Toolbox™ blocks. The block accepts and returns a value representing a single sample, and a bus containing three control signals. These signals indicate the validity of each sample and the boundaries of the frame. To convert a matrix into a sample stream and these control signals, use the Frame To Samples block or the `whdlFramesToSamples` function. For a full description of the interface, see Streaming Sample Interface.

The block can accept the next frame only after it has completed decoding the previous frame. You must leave ***Iterations**2*HalfIterationLatency+BlockSize**+4 idle cycles between input frames. The half-iteration latency is described in the Algorithms section. Alternatively, you can use the output signal **ctrl**.end to determine when the block is ready for new input.

Although the diagram shows two decoders and three interleavers, the block actually implements the algorithm using only one decoder and one interleaver. The decoder performs one half-iteration and interleaves the results. Then the output is routed back to the input for the next half-iteration. The interleaver computes the interleave indexes from the block size. For details of the interleaver implementation, see LTE Turbo Encoder.

The odd half-iterations compute the likelihood ratio from uninterleaved bits (P1, S, and deinterleaved results of P2 decoding). The even half-iterations compute the likelihood ratio from the interleaved bits (P2 and interleaved results of P1 and S decoding).

The decoder block uses the BCJR algorithm to find the likelihood ratio of a particular bit [2].

$$L(u_k) \triangleq \log\left(\frac{P(u_k = +1 \mid y)}{P(u_k = +1 \mid y)}\right) = \log\left(\frac{\sum_{s^+} p(s_{k-1} = s', s_k = s, y)/p(y)}{\sum_{s^-} p(s_{k-1} = s', s_k = s, y)/p(y)}\right)$$

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).




(*E.g.*, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7515343/).

22. The Accused Instrumentalities performed, for a predetermined number of times, iterative decoding from the first to the last of multiple decoders, wherein an output from the last soft decision decoder is fed back as an input to the first soft decision decoder, then from the first to the second decoders, and propagate to the last decoder in a circular circuit, as shown in the figure below. As shown in the example figure below, decoding occurred from the first soft decision decoder, "1st constituent decoder," to the second, or last, soft decision decoder, "2nd constituent decoder." The second soft decision decoder outputs "soft output 2," which is fed back as an input to the first soft decision decoder. The first soft decision decoder outputs "soft output 1." This "soft output 1" is fed as input into the second soft decision decoder. The second soft decision decoder is the last soft decision decoder in a circular circuit propagating from the first soft decision decoder to the second soft decision decoder to the first … to the second …to the first … to the second, etc. Additionally, or alternatively, as above, commercial LTE turbo-decoder implementations are iterative, and the cited technical materials illustrate architectures consistent with the functionality alleged below. The figure below illustrates an output from the last soft decision decoder is fed back as an input to the first soft decision decoder, then from the first to the second decoders, and

propagate to the last decoder in a circular circuit (e.g., the a posteriori output of SISO 2 is de-interleaved with the associated memory module and fed as a priori input of SISO 1, while the a posteriori output of SISO 1 is interleaved with the associated memory module and fed as a priori input of SISO 2).

power efficient turbo decoder for 4G LTE standards




**Figure 3:** Turbo Decoder [1]

(*E.g.*, https://www.researchgate.net/publication/322558606_Design_and_FPGA_implementation_of_power_efficient_turbo_decoder_for_4G_LTE_standards/link/5b348aa5a6fdcc8506d70a2d/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24ifX0).

**1.2. Turbo Decoder**




**Fig. 2.** Iterative Turbo Decoding

(*E.g.*, https://www.researchgate.net/publication/225202787_The_Modified_Max-Log-MAP_Turbo_Decoding_Algorithm_by_Extrinsic_Information_Scaling_for_Wireless_Applications/link/09e415099838534c05000000/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6InB1YmxpY2F0aW9uIiwicGFnZSI6InB1YmxpY2F0aW9uIiwicHJldmlvdXNQYWdlIjoiX2RpcmVjdCJ9fQ).




Figure 2. Iterative decoding procedure with two SISO decoders.

(*E.g.*, https://asat.journals.ekb.eg/article_23916_079490f99aa2f643b5b1ba3b22231cbf.pdf).

**Iterative Decoding:**

Turbo decoding loops through multiple iterations, refining the decision with each pass.

**Use of Soft Information (LLR - Log-Likelihood Ratios):**

Turbo decoders use probabilistic inputs (not hard 0/1 decisions), improving accuracy in error correction.

(*E.g.*, https://www.techedgewireless.com/post/turbo-code).

**ABSTRACT** | This tutorial paper gives an overview of the implementation aspects related to turbo decoders, where the term turbo generally refers to iterative decoders intended for parallel concatenated convolutional codes as well as for serial concatenated convolutional codes. We start by considering the general structure of iterative decoders and the main features of the soft-input soft-output algorithm that forms the heart of iterative decoders. Then, we show that very efficient parallel architectures are available for all types of turbo decoders allowing high-speed implementations. Other implementation aspects like quantization issues and stopping rules used in conjunction with buffering for increasing throughput are considered. Finally, we perform an evaluation of the complexities of the turbo decoders as a function of the main parameters of the code.




(*E.g.*, https://www.researchgate.net/publication/2998278_Iterative_Decoding_of_Concatenated_Convolutional_Codes_Implementation_Issues/link/00b7d52fb6e7eca5f2000000/download?_tp=eyJjb250ZXh0Ijp7ImZpcnN0UGFnZSI6Il9kaXJlY3QiLCJwYWdlIjoicHVibGljYXRpb24iLCJwcmV2aW91c1BhZ2UiOiJfZGlyZWN0In19).

The LTE Turbo Decoder block implements the turbo decoder required by LTE standard TS 36.212 [1] and provides an interface and architecture optimized for HDL code generation and hardware deployment. The block iterates over two MAX decoders. You can specify the number of iterations. The coding rate is 1/3. The block accepts encoded bits as a 3-by-1 vector of soft-coded values, `[S P1 P2]`. In this vector, `S` is the systematic bit, and `P1` and `P2` are the parity bits from the two encoders.

This block uses a streaming sample interface with a bus for related control signals. This interface enables the block to operate independently of frame size, and to connect easily with other Wireless HDL Toolbox™ blocks. The block accepts and returns a value representing a single sample, and a bus containing three control signals. These signals indicate the validity of each sample and the boundaries of the frame. To convert a matrix into a sample stream and these control signals, use the Frame To Samples block or the `whdlFramesToSamples` function. For a full description of the interface, see Streaming Sample Interface.

The block can accept the next frame only after it has completed decoding the previous frame. You must leave *Iterations**2**HalfIterationLatency*+*BlockSize*+4 idle cycles between input frames. The half-iteration latency is described in the Algorithms section. Alternatively, you can use the output signal **ctrl**.end to determine when the block is ready for new input.

(*E.g.*, https://www.mathworks.com/help/wireless-hdl/ref/lteturbodecoder.html).




(*E.g.*, https://ipnpr.jpl.nasa.gov/progress_report/42-142/142J.pdf).

23. Plaintiff was damaged as a result of Defendant's infringing conduct occurring within the legally recoverable period before expiration of the '742 Patent. Defendant is thus liable to Plaintiff for damages adequate to compensate Plaintiff for such infringement, in no event less than a reasonable royalty for the use of the patented technology, together with interest and costs as provided by 35 U.S.C. § 284.

24. Plaintiff seeks damages for infringing acts occurring within the applicable limitations period and before expiration of the '742 Patent. Because asserted claim 6 is a method claim, Plaintiff alleges that the marking requirement of 35 U.S.C. § 287(a) does not limit recovery for infringement of that claim.

## IV. JURY DEMAND

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court find in its favor and against Defendant, and that the Court grant Plaintiff the following relief:

a. Judgment that the asserted claim of United States Patent No. 6,813,742 was infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b. Judgment awarding Plaintiff damages adequate to compensate for Defendant's infringement pursuant to 35 U.S.C. § 284, in no event less than a reasonable royalty, for infringing acts within the legally recoverable period before expiration of the '742 Patent, together with costs as allowed by law;

c. That Plaintiff be granted prejudgment and post-judgment interest on the damages awarded; and

d. That Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

October 7, 2026

DIRECTION IP LAW

*/s/Steven G. Kalberg*
David R. Bennett (IL Bar No.: 6244214)
Steven G. Kalberg (IL Bar No.: 6336131)
Direction IP Law
P.O. Box 14184
Chicago, Illinois 60614-0184
Telephone: (312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Attorneys for Plaintiff TurboCode LLC*